IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**EARNEST C. SIMMONS**                                                               **PLAINTIFF**

**vs.**                                            **CIVIL ACTION NO.: 4:13-cv-00128-CWR-KFB**

**ANDERSON REGIONAL MEDICAL CENTER and**
**ANDERSON PHYSICIAN ALLIANCE, INC.**                          **DEFENDANT**

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41

COME NOW all parties hereto and stipulate that Anderson Regional Medical Center is dismissed as a Defendant in this cause, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this the 6th day of January 2014.

                                                  **EARNEST C. SIMMONS, Plaintiff**

                         By: _/s/ Carey R. Varnado_
                                                  CAREY R. VARNADO (MSB # 6593)
                                                  *Attorney for Plaintiff*

                                                  **ANDERSON REGIONAL MEDICAL CENTER, Defendant**

                         By: _/s/ Romney H. Entrekin_
                                                  ROMNEY H. ENTREKIN (MSB # 9276)
                                                  *Attorney for said Defendant*

                                                  **ANDERSON PHYSICIAN ALLIANCE, INC., Defendant**

                         By: _/s/ Romney H. Entrekin_
                                                  ROMNEY H. ENTREKIN (MSB # 9276)
                                                  *Attorney for said Defendant*